IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOSHUA I. MARTINEZ,**
**D.O.C. #V44831,**

    *Plaintiff*,

v.                                   Case No.: 1:24cv21-MW/MAF

**RICKY DIXON,** *et al.*,

    *Defendants*.

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, and has also reviewed *de novo* Plaintiff's objections, ECF No. 10.

The Magistrate Judge recommends that Plaintiff's case be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) because he failed to file an amended complaint as directed. ECF No. 9 at 3. In his objections, Plaintiff explains that he did not see the Magistrate Judge's order directing him to file an amended complaint until he received the Report and Recommendation. ECF No. 10 at 2. Plaintiff filed an amended complaint along with his objections. *See* ECF No. 11.

Out of an abundance of caution, this Court finds that the Report and Recommendation is due to be rejected. While Plaintiff did miss this Court's deadline to file an amended complaint, he has since rectified this omission. This Court will afford Plaintiff a final chance to comply with this Court's orders and deadlines going forward. Accordingly,

**IT IS ORDERED**:

1. This Court **REJECTS** the Report and Recommendation, ECF No. 9.

2. This case is remanded to the Magistrate Judge for proceedings consistent with this order and any additional screening required by 28 U.S.C. § 1915A.

**SO ORDERED on May 1, 2024.**

s/Mark E. Walker
**Chief United States District Judge**
