IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSHUA I. MARTINEZ,

    *Plaintiff*,

v.                            Case No.: 1:24cv21-MW/MAF

RICKY DIXON,

    *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 13, and has also reviewed *de novo* Plaintiff's objections, ECF No. 14. Notwithstanding Plaintiff's disagreement with the Second Report and Recommendation, this Court agrees with the Magistrate Judge that Plaintiff has failed to state a claim upon which relief may be granted.

Accordingly,

**IT IS ORDERED**:

The second report and recommendation, ECF No. 13, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's second amended complaint, ECF No. 11, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall

enter judgment stating, "Plaintiff's second amended complaint is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on May 28, 2024.**

s/Mark E. Walker
**Chief United States District Judge**
